No. 66319.—M. A. Enciso, a/c Southwest Charcoal Corporation, and Alonzo L. Farnsworth et al. *v.* United States, protests 58/17916, etc. (Nogales).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of wood charcoal briquettes similar in all material respects to those the subject of *Britton & Company* v. *United States* (41 Cust. Ct. 64, C.D. 2021), the claim of the plaintiffs was sustained.